Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*
and the Putative Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DANIEL CANFIELD, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>VAD d/b/a CM Auto, an unknown business entity, SUNPATH LIMITED CORP., a Delaware corporation, NORTHCOAST WARRANTY SERVICES, INC., a Delaware Corporation<br><br>Defendants. | Case No.: 8:19-cv-01162 AG (KESx)<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF individually and by and through his attorney and to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow one hundred days (100) with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: June 28, 2019

Respectfully submitted,

1

By: /s/ Mark L. Javitch                    .
Plaintiff's Attorney

Mark L. Javitch (SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*
DANIEL CANFIELD

2