UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# JS-6

## CIVIL MINUTES – GENERAL

| Case No. | SACV 19-01162-AG (KESx) | Date | June 28, 2019 |
|---|---|---|---|
| Title | Daniel Canfield v. VAD, et al | | |

PRESENT:

### HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                          None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER STAYING ACTION PENDING FINAL SETTLEMENT AND REMOVING CASE FROM ACTIVE CASELOAD**

On June 28, 2019, counsel for Plaintiff filed a "Notice of Settlement".   The Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right, upon good cause shown, to reopen the action if settlement is not consummated. Counsel shall file settlement documents and/or a dismissal with this Court by August 27, 2019. The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action.   All hearing dates and deadlines in this matter are ordered VACATED.

|  | - | : | - |
|---|---|---|---|
| Initials of Deputy Clerk | mku | | |

cc: